UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Rafael Rivera Fernandez,

Petitioner,

v.

Bruce Scott; Markwayne Mullin,

Respondents.

CASE NO. 2:26-cv-03672-JHC

ORDER

This matter comes before the Court sua sponte. Petitioner filed a proposed Petition for Writ of Habeas Corpus on September 24, 2026. Dkt. # 1. On September 29, 2026, the Court sent a notice of filing deficiency to Petitioner. Dkt. # 2. The notice identified one filing deficiency—2241/2254 Filing Fee Not Paid—and informed Petitioner that the deficiency must be corrected and filed with the Court by October 29, 2026. *Id.* Petitioner has not paid the $5.00 filing fee or submitted an In Forma Pauperis (IFP) Application as required by the Notice of Filing Deficiency. *See generally* Dkt. Thus, this case is DISMISSED without prejudice.

Dated this 3rd day of November, 2026.

John H. Chun
United States District Judge